IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D CATZ, JASON A CATZ and ROBERT S CATZ,<br><br>    Plaintiffs,<br><br>    v<br><br>SUSAN R CHALKER, LEONARD KARP and ANNETTE EVERLOVE et al,<br><br>    Defendants.<br>_____/ | No   C 08-80022 MISC VRW<br><br>ORDER TO SHOW CAUSE |

On May 29, 2008, Jason Catz submitted an ex parte application for a temporary restraining order prohibiting defendants from garnishing his wages. Defendants are ORDERED TO SHOW CAUSE in writing by 3:00pm on June 3, 2008, why a temporary restraining order should not issue. Plaintiff is directed forthwith to serve this order to show cause and to file proof of service with the court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge