1  ROBERT S. CATZ
   71 White Bridge Road Unit #103-151
2  Nashville, Tennessee 37205-1444
   (615) 423-7190
3
   Pro Se Plaintiff
4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10 SHAWN D. CATZ, JASON A. CATZ      )
   ROBERT S. CATZ,                   )
11       Plaintiffs,                 )
                                     )
12                                   )
   SUSAN R. CHALKER,                 )
13       Defendant,                  )   No. CV-08-80022-MISC-VRW
   and                               )
14                                   )   Chief Judge Vaughn R Walker
   FIDELITY INVESTMENT TRUST,        )
15 WATERHOUSE SECURITIES, INC.,      )
   TIAA-CREF, INC.,                  )
16       Stakeholder-Defendants.     )
                                     )
17 ─────────────────────────────────
                                     )
   SHAWN D. CATZ, JASON A. CATZ      )   JURY DEMAND
18 ROBERT S. CATZ,                   )
         Plaintiffs,                 )
19 vs.                               )
                                     )
20 LEONARD I. KARP,                  )
   ANNETTE EVERLOVE,                 )
21       Defendants.                 )
                                     )
22 ─────────────────────────────────
         PLAINTIFF ROBERT CATZ'S ANSWER AND COUNTERCLAIM
23

24       Comes now the Plaintiff Robert S. Catz, a citizen of Tennessee and for his answer and

25 response to the recordation of a foreign judgment in this federal judicial district on February 21,

26 2008 and their counterclaim against Defendants Chalker, Karp and Everlove for damages

27 alleges as follows:

28

## I. ANSWER

1. On February 21, 2008 Defendants Chalker, Karp and Everlove recorded an Arizona federal judgment in the above matter in the name of Robert S. Catz, Shawn D. Catz and Jason A. Catz without prior notice or service of process at a time when an appeal of the foreign judgment was and still is pending in the Ninth Circuit as *Shawn D. Catz et al. v. Susan Chalker, et al.*, No. 06-17183 in direct violation of 28 U.S.C. § 1963.

2. On April 26, 2008 Defendants Chalker, Karp and Everlove obtained a writ of execution seeking to attach assets belonging to Plaintiffs Robert S. Catz, Shawn D. Catz and Jason A. Catz located with this federal judicial district

3. The recordation of the Arizona federal judgment in this federal judicial district against Plaintiffs Robert S. Catz, Shawn D. Catz and Jason A. Catz is null and void and should be given no force of law under 28 U.S.C. § 1963.

## II. COUNTERCLAIM

4. The improper, willful and unlawful registration of the Arizona federal judgment in this judicial district under 28 U.S.C. § 1963 and issuance of a writ of execution by Defendants Chalker, Karp & Everlove constitutes a claim for abuse of process entitling him to compensatory and punitive damages to be awarded by a jury.

## III. PRAYER FOR RELIEF

Wherefore Plaintiff prays for the following relief:

1. Enter a declaratory judgment under 28 U.S.C. § 2201 that the recordation of the Arizona federal judgment in this federal judicial district against Plaintiffs Robert S. Catz, Shawn D. Catz and Jason A. Catz is null and void and should be given no force of law under 28 U.S.C. § 1963.

1    2. Set this matter down promptly for a jury trial on the abuse of process claim for

2  damages under this Court's federal question, diversity and supplemental jurisdiction.

3    3. Award the Plaintiff monetary sanctions under 28 U.S.C. § 1927 and under Rule 11 of

4  the Federal Rules of Civil Procedure for the willful and frivolous unauthorized filing of a

5  foreign judgment and issuance of a writ of execution in this federal judicial district in violation

6  

7  of 28 U.S.C. § 1963 as well as all reasonable costs and fees incurred herein.

8              Respectfully submitted,

9              _____
             ROBERT S. CATZ
10

11             Pro Se Plaintiff

12

13  COPY sent by first class U.S. Mail on this 24th day of May, 2008 to:

14  Law Offices of William J. Diffenderfer
    One Market Spear Tower #2150
15  San Francisco, California 94105

16  Attorney for Defendants Chalker, Karp and Everlove

17             _____
             ROBERT S. CATZ
18

19

20

21

22

23

24

25

26

27

28