1  JASON A. CATZ
   jasoncatz@yahoo.com
2  801 Calmar Avenue
   Oakland, CA 94610
3  Telephone: (415) 336-0638

4  Plaintiff in Pro Per

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  _____
                                        )
12  Shawn D. Catz, Jason A. Catz, Robert S. Catz, )   No. CV-08-80022 MISC (VRW)
                                        )
13              Plaintiffs,             )   [PROPOSED] ORDER GRANTING
                                        )   APPLICATION FOR TEMPORARY
14     vs.                              )   RESTRAINING ORDER AND ORDER
                                        )   TO SHOW CAUSE RE
15  Susan R. Chalker, Leonard Karp, Annette )   PRELIMINARY INJUNCTION
    Everlove, et al.,                   )
16                                      )   Date:   TBD
                Defendants.             )   Time:   TBD
17  _____)   Judge:  Vaughn Walker

18       The ex parte application of plaintiff Jason A. Catz for a temporary restraining order

19  having come on for hearing on _____, 2008 before the undersigned Judge of the U.S.

20  District Court for the Northern District of California.

21       The Court, having considered the documents on file in this case and the papers filed

22  by plaintiff in support of the application and being fully advised, finds that this is a proper

23  case for granting a temporary restraining order and an order to show cause why a

24  preliminary injunction should not issue. It further appears that unless the temporary

25  restraining order prayed for is granted, irreparable injury will result to plaintiff before the

26  matter can be heard on notice. Good cause appearing therefore, pursuant to Federal Rules

27  of Civil Procedure 65(b) and Local Rules 7-10 and 65-1,

28

1. It is ORDERED that Jason Catz's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction is hereby GRANTED;

2. It is further ORDERED that pending the hearing and determination of the order to show cause, Defendants Susan Chalker, Leonard Karp and Annette Everlove ("Defendants") are enjoined from obtaining any wages garnished from plaintiff Jason Catz's employment with Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury").

3. It is further ORDERED that pending the hearing and determination of the order to show cause, Catz's employer Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") shall not be required to garnish Catz's wages until further order of this Court.

4. It is further ORDERED that Defendants appear before this Court on _____, 2008 in Courtroom \_\_\_ at _____.M. and then and there show cause, if any, why:

   a. Defendants' registration of judgment filed in this Court on February 21, 2008 should not be dismissed without prejudice until such time that judgment they seek to enforce becomes final.

   b. Defendants should not, during the pendency of Catz's appeal of the fee award, be enjoined from obtaining any of those monies (equal to $1,872.64) presently within the custody of San Francisco Sheriff Civil Section (file no. 2008353639);

   c. Defendants should not, during the pendency of Catz's appeal of the fee award, be enjoined from obtaining any of future monies to which Defendants claim to be entitled as a result of the October 26, 2007 fee award by the U.S. District Court for the District of Arizona (totaling $66,124).

   d. Defendants should not, during the pendency of Catz's appeal of the fee award, be ordered to withdraw the Wage Garnishment Order served on

| | |
|---|---|
| 1 | Pillsbury and inform Pillsbury that it is relieved of any responsibility for |
| 2 | garnishing Catz's wages during the pendency of Catz's appeal. |
| 3 | e. Defendants should not, during the pendency of Catz's appeal of the |
| 4 | fee award, be ordered to return any and all wages garnished from Catz's |
| 5 | paycheck delivered to the San Francisco Sheriff and/or the Defendants in |
| 6 | this matter. |
| 7 | 5. This Temporary Restraining Order and Order to Show Cause and all |
| 8 | supporting pleadings and papers must be served upon Defendants no later than |
| 9 | _____, 2008. Any response or opposition to this Order to Show Cause |
| 10 | must be filed and served via facsimile or hand delivery on Plaintiff's counsel no later |
| 11 | than _____, 2008. Any reply to such opposition shall be filed and |
| 12 | served via facsimile or hand delivery on Defendants' counsel no later than |
| 13 | _____, 2008. |
| 14 | |
| 15 | Dated: _____, 2008. |
| 16 | |
| 17 | _____ |
| 18 | United States District Judge |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
APPL. FOR TRO AND OSC CAUSE RE