| | |
|---|---|
| 1 | JASON A. CATZ |
|   | jasoncatz@yahoo.com |
| 2 | 801 Calmar Avenue |
|   | Oakland, CA 94610 |
| 3 | Telephone: (415) 336-0638 |
| 4 | Plaintiff in Pro Per |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Shawn D. Catz, Jason A. Catz, Robert S. Catz,  )   No. CV-08-80022 MISC (VRW)
                                                )
                         Plaintiffs,            )   PROOF OF SERVICE VIA HAND-
                                                )   DELIVERY
     vs.                                        )
                                                )   Date:   TBD
Susan R. Chalker, Leonard Karp, Annette         )   Time:   TBD
Everlove, et al.,                               )   Judge:  Vaughn Walker
                                                )
                         Defendants.            )

I, Sebastian Ocejo, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Nationwide Legal, San Francisco in the City of San Francisco, California.

2. My business address is 1255 Post Street, Suite 500, San Francisco, CA 94109.

3. On May 29, 2008, I served a true copy of the attached document(s) titled exactly:

    JASON CATZ'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES;

1     DECLARATION OF JASON A. CATZ IN SUPPORT OF APPLICATION
FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW
2     CAUSE RE: PRELIMINARY INJUNCTION; and

3

4     [PROPOSED] ORDER GRANTING APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION.

5

6 by placing them in an addressed sealed envelope clearly labeled to identify the attorney

7 being served at the address shown below and delivering it to the attorney, or to the office of

8 the attorney and leaving it with a receptionist or other person having charge thereof, or (if

9 there was no such person at the office) by leaving it between 9 A.M. and 5 P.M. in a

10 conspicuous place in the office. Such service was effected on the following attorneys:

11

**[See Attached Service List]**

12

    I declare under penalty of perjury that the foregoing is true and correct. Executed

13

this 29th day of May, 2008, at San Francisco, California.

14

15

16                                       _____
                                             Sebastian Ocejo

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST

1
2
3
4  Vicki Chan, Esq.
5  Law Offices of William J. Diffenderfer
   One Market Spear Street Tower, #2150
6  San Francisco, CA  94105

7  William J. Diffenderfer, Esq.
   Law Offices of William J. Diffenderfer
8  One Market Spear Street Tower, #2150
   San Francisco, CA  94105
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28