1 JASON A. CATZ
jasoncatz@yahoo.com
2 801 Calmar Avenue
Oakland, CA 94610
3 Telephone: (415) 336-0638

4 Plaintiff in Pro Per

FILED

08 MAY 30 AM 11: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Shawn D. Catz, Jason A. Catz, Robert S. Catz, | ) | No. CV-08-80022 MISC (VRW) |
|---|---|---|
| Plaintiffs, | ) | PROOF OF SERVICE VIA HAND-DELIVERY |
| vs. | ) | |
| Susan R. Chalker, Leonard Karp, Annette Everlove, et al., | ) | Date: TBD<br>Time: TBD<br>Judge: Vaughn Walker |
| Defendants. | ) | |

19    I, JOHN RAMUS, the undersigned, hereby declare as follows:

20    1.    I am over the age of 18 years and am not a party to the within cause. I am

21 employed by Nationwide Legal, San Francisco in the City of San Francisco, California.

22    2.    My business address is 1255 Post Street, Suite 500, San Francisco, CA

23 94109.

24    3.    On May 30, 2008, I served a true copy of the attached document(s) titled

25 exactly ORDER TO SHOW CAUSE by placing it in an addressed sealed envelope clearly

26 labeled to identify the attorney being served at the address shown below and delivering it to

27 the attorney, or to the office of the attorney and leaving it with a receptionist or other person

28

- 1 -    PROOF OF SERVICE – VIA HAND-DELIVERY

1  having charge thereof, or (if there was no such person at the office) by leaving it between 9
2  A.M. and 5 P.M. in a conspicuous place in the office. Such service was effected on the
3  following attorneys:

4  **[See Attached Service List]**

5  I declare under penalty of perjury that the foregoing is true and correct. Executed
6  this 30th day of May, 2008, at San Francisco, California.

7
8
9  _____
    John Ramus
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -    PROOF OF SERVICE – VIA HAND DELIVERY

## SERVICE LIST

Vicki Chan, Esq.
Law Offices of William J. Diffenderfer
One Market Spear Street Tower, #2150
San Francisco, CA 94105

William J. Diffenderfer, Esq.
Law Offices of William J. Diffenderfer
One Market Spear Street Tower, #2150
San Francisco, CA 94105