| | |
|---|---|
| 1  SHAWN D. CATZ<br>    71 White Bridge Road Unit #103-151<br>2  Nashville, Tennessee 37205-1444<br>    (615) 423-7190<br>3<br>    Pro Se Plaintiff | FILED<br>08 JUN -2 PM 1:59<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN D. CATZ, JASON A. CATZ<br>ROBERT S. CATZ,<br>    Plaintiffs,<br><br>SUSAN R. CHALKER,<br>    Defendant,<br>and<br><br>FIDELITY INVESTMENT TRUST,<br>WATERHOUSE SECURITIES, INC.,<br>TIAA-CREF, INC.,<br>    Stakeholder-Defendants. | No. CV-08-80022-MISC-VRW<br><br>Chief Judge Vaughn R Walker |
| SHAWN D. CATZ, JASON A. CATZ<br>ROBERT S. CATZ,<br>    Plaintiffs,<br>vs.<br>LEONARD I. KARP,<br>ANNETTE EVERLOVE,<br>    Defendants. | <u>**JURY DEMAND**</u> |

<u>**PLAINTIFF SHAWN D. CATZ'S ANSWER AND COUNTERCLAIM**</u>

    Comes now the Plaintiff Shawn D. Catz, a citizen of Tennessee and for his answer and response to the recordation of a foreign judgment in this federal judicial district on February 21, 2008 and their counterclaim against Defendants Chalker, Karp and Everlove for damages alleges as follows:

## I. ANSWER

1. On February 21, 2008 Defendants Chalker, Karp and Everlove recorded an Arizona federal judgment in the above matter in the name of Robert S. Catz, Shawn D. Catz and Jason A. Catz without prior notice or service of process at a time when an appeal of the foreign judgment was and still is pending in the Ninth Circuit as *Shawn D. Catz et al. v. Susan Chalker, et al.*, No. 06-17183 in direct violation of 28 U.S.C. § 1963.

2. On April 26, 2008 Defendants Chalker, Karp and Everlove obtained a writ of execution seeking to attach assets belonging to Plaintiffs Robert S. Catz, Shawn D. Catz and Jason A. Catz located with this federal judicial district

3. The recordation of the Arizona federal judgment in this federal judicial district against Plaintiffs Robert S. Catz, Shawn D. Catz and Jason A. Catz is null and void and should be given no force of law under 28 U.S.C. § 1963.

## II. COUNTERCLAIM

4. The improper, willful and unlawful registration of the Arizona federal judgment in this judicial district under 28 U.S.C. § 1963 and issuance of a writ of execution by Defendants Chalker, Karp & Everlove constitutes a claim for abuse of process entitling him to compensatory and punitive damages to be awarded by a jury.

## III. PRAYER FOR RELIEF

Wherefore Plaintiff prays for the following relief:

1. Enter a declaratory judgment under 28 U.S.C. § 2201 that the recordation of the Arizona federal judgment in this federal judicial district against Plaintiffs Robert S. Catz, Shawn D. Catz and Jason A. Catz is null and void and should be given no force of law under 28 U.S.C. § 1963.

2. Set this matter down promptly for a jury trial on the abuse of process claim for damages under this Court's federal question, diversity and supplemental jurisdiction.

3. Award the Plaintiff monetary sanctions under 28 U.S.C. § 1927 and under Rule 11 of the Federal Rules of Civil Procedure for the willful and frivolous unauthorized filing of a foreign judgment and issuance of a writ of execution in this federal judicial district in violation of 28 U.S.C. § 1963 as well as all reasonable costs and fees incurred herein.

Respectfully submitted,

_____
SHAWN D. CATZ

Pro Se Plaintiff

COPY sent by first class U.S. Mail on this 27th day of May, 2008 to:

Law Offices of William J. Diffenderfer
One Market Spear Tower #2150
San Francisco, California 94105

Attorney for Defendants Chalker, Karp and Everlove

_____
SHAWN D. CATZ