VICKY W. CHAN (SBN: 226923)
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Tel: (415) 348-4150
Fax: (800) 914-3772

FILED
08 JUN -3 PM 1:44
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Defendants Susan R. Chalker, Leonard Karp, Annette Everlove

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. CATZ, JASON A. CATZ and ROBERT S. CATZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SUSAN R. CHALKER, LEONARD KARP and ANNETTE EVERLOVE et al,<br><br>Defendants. | Case No.: C 08-80022 MISC VRW<br><br>**DECLARATION OF VICKY W. CHAN IN RESPONSE TO ORDER TO SHOW CAUSE** |

I, Vicky W. Chan, declare as follows:

1.      I am an attorney at law duly licensed to practice before the courts of this State, and am employed at the Law Offices of William J. Diffenderefer, attorneys for Defendants Susan Chalker et al. for the purposes of collecting the judgment entered in the United States District Court, District of Arizona on October 26, 2007 (as amended as to caption name only, filed November 27, 2007).

2.      This declaration is made pursuant to my personal knowledge, except as to those matter based on information and belief, and as to those matters I am informed and believe them to be true. If called to testify about these matters, I would and could competently testify thereto.

3.      Prior to receiving Plaintiff Jason Catz's application for temporary restraining order, I had no knowledge of Jason Catz's amended notice of appeal allegedly filed on or about

-1-

1    December 21, 2007.  Neither did I have knowledge of any Rule 59 motion filed by Plaintiff Jason

2    Catz.

3         4.    My office registered the Arizona judgment in California on or about February 13,

4    2008 with the belief that no appeal or post-judgment motion had been filed.

5         I declare under the penalty of perjury that the foregoing is true and correct. This

6    declaration is executed on this 2nd day of June 2008 in San Francisco, California.

7

8                                    _____

9                                         Vicky W. Chan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2        I am employed in the county of, State of California. I am over the age of 18 and not a party

3   to the within action; my business address is One Market, Spear Tower, Suite 2150, San Francisco,

4   CA  94105.

5   .

6        On date set forth below, I served the foregoing document(s) described as DECLARATION

7   OF VICKY W. CHAN IN RESPONSE TO ORDER TO SHOW CAUSE on the parties in this

8   action.  See attached Service List.

9   [ x]    **BY MAIL**
        I deposited such envelope in the mail at San Francisco, California.  The envelope was mailed
10      with postage thereon fully prepaid. By placing the true copies thereof enclosed in sealed
11      envelopes addressed as followed or as stated on the attached mailing list:

12        I declare under penalty of perjury under the laws of the State of California that the above
    is true and correct. Executed on June 3, 2008, at San Francisco, California.
13

14

15   ANITA PRASAD

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Catz garnishment action (Butler and Stein)

2    **SERVICE LIST**

3    Jason Catz
     801 Calmar Avenue
4    Oakland, CA 94610

5    Plaintiff in Pro Per

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28