| | |
|---|---|
| 1 | VICKI CHAN (SBN 226923) |
|   | LAW OFFICE OF WILLIAM J. DIFFENDERFER |
| 2 | One Market, Spear Tower, Suite 2150 |
|   | San Francisco, CA 94105 |
| 3 | Telephone:   (415)348-4150 |
|   | Facsimile:    (800)914-3772 |
| 4 |   |
|   | Associated Counsel: |
| 5 |   |
|   | RONALD D. ECHEGUREN (SBN 76307) |
| 6 | ELSA S. BALDWIN (SBN 153907) |
|   | CRESSWELL, ECHEGUREN |
| 7 | RODGERS & NOBLE (2158-104) |
|   | 180 Grand Avenue, Suite 440 |
| 8 | Oakland, CA 94612 |
|   | Telephone:   (510)444-1735 |
| 9 | Facsimile:    (510)444-6923 |
| 10 | Attorneys for Defendants |
|   | SUSAN R. CHALKER, LEONARD I. KARP |
| 11 | AND ANNETTE EVERLOVE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN D. CATZ, JASON A. CATZ ROBERT S. CATZ, | Case No.:   CV 08-80022 MISC VRW |
| Plaintiffs, | |
| vs. | **ANSWER BY DEFENDANTS SUSAN R. CHALKER, LEONARD KARP AND  ANNETTE EVERLOVE  TO "COUNTERCLAIM" BY PLAINTIFF SHAWN D. CATZ** |
| SUSAN R. CHALKER, LEONARD KARP and ANNETTE EVERLOVE, et al., | |
| Defendants. _____/ | |
| SHAWN D. CATZ, | |
| Counterclaimant, | |
| vs. | |
| SUSAN R. CHALKER, LEONARD KARP and ANNETTE EVERLOVE | |
| Counterdefendants. _____/ | |

/ / /

---

1

ANSWER BY DEFS. S. CHALKER, L. KARP and ANNETTE EVERLOVE TO "COUNTERCLAIM" BY PLAINTIFF SHAWN D. CATZ

COME NOW defendants and counterdefendants Susan R. Chalker, Leonard Karp and Annette Everlove (hereinafter "Defendants") and hereby answer the "Counterclaim" by Shawn D. Catz (hereinafter "Plaintiff") and admit, deny and allege as follows:

The Counterclaim, consisting of a single paragraph "4," is denied as to each allegation therein.

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim does not state a valid claim for relief against these Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from asserting any the counterclaim because the controversy in question arose due to a mistake in fact.

### THIRD AFFIRMATIVE DEFENSE

Defendants' actions were privileged under one or more common law and/or statutory privileges including California Code of Civil Procedure section 47.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' actions relating to the matters alleged in the Counterclaim were justified under the circumstances.

### FIFTH AFFIRMATIVE DEFENSE

Defendants were privileged in submitting a true and correct copy of the original judgment in the action 4:03-CV-00091-FRZ-JCG United States District Court for the District of Arizona for registration in another district.

### SIXTH AFFIRMATIVE DEFENSE

The Counterclaim fails to state facts upon which to support a claim for exemplary, punitive damages and/or sanctions.

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREFORE, these answering Defendants pray as follows:

2  1.   That Plaintiff take nothing by his Counterclaim and that these answering Defendants be dismissed hence;

3  

4  2.   For costs of suit;

5  3.   For such other relief as the court deems proper.

6  Dated:     June 13, 2008            CRESSWELL, ECHEGUREN,
                                       RODGERS & NOBLE

                                       By: _____
                                       RONALD D. ECHEGUREN
                                       Attorney for Defendants
                                       SUSAN R. CHALKER, LEONARD I. KARP
                                       AND ANNETTE EVERLOVE

---

3

ANSWER BY DEFS. S. CHALKER, L. KARP and ANNETTE EVERLOVE TO "COUNTERCLAIM" BY PLAINTIFF SHAWN D. CATZ

*United States District Court, Northern District of California, San Francisco Division*
*Catz v. Chalker, Case No.; CV 08-80022 MISC VRW*
*Our File No.: 2158-104*

### PROOF OF SERVICE

I, V. Guthrie, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the within action. My business address is 180 Grand Avenue , Suite 440, Oakland, California 94612. Upon this day, the following:

**1. ANSWER BY DEFENDANTS SUSAN R. CHALKER, LEONARD KARP AND ANNETTE EVERLOVE TO "COUNTERCLAIM" BY PLAINTIFF SHAWN D. CATZ**

was served on all interested parties through their attorneys of record, by placing a true and correct copy thereof, addressed as shown and as designated below:

| | |
|---|---|
| Shawn D. Catz<br>Robert S. Catz<br>71 White Bridge Road Unite #103-151<br>Nashville, TN 37205-1444<br>Telephone:   (615) 423-7190<br>Facsimile:<br>**Plaintiffs Pro Se** | Vicki Chan<br>Law Offices of William J. Diffenderfer<br>One Market, Spear Tower, Suite 2150<br>San Francisco, CA 94105<br>Telephone:   (415) 348-4150<br>Facsimile:   (415) 914-3772<br>**Co-Counsel for defendant Susan R. Calker, Leonard I. Karp and Annette Everlove** |
| Jason Catz<br>801 Calmar Avenue<br>Oakland, CA 94610-1730<br>Telephone:<br>Facsimile:<br>**Plaintiff Pro Se** | |

**X VIA FIRST CLASS MAIL**. I caused such envelope to be deposited in the mail at Oakland, California, in a sealed envelope with postage fully prepaid thereon. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. The mail is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 13, 2008, at Oakland, California.

_____
V. GUTHRIE

1