```
 1  VICKY CHAN (SBN 226923)
    LAW OFFICE OF WILLIAM J. DIFFENDERFER
 2  One Market, Spear Tower, Suite 2150
    San Francisco, CA 94105
 3  Telephone:   (415)348-4150
    Facsimile:   (800)914-3772
 4
    Associated Counsel:
 5
    RONALD D. ECHEGUREN (SBN 76307)
 6  ELSA S. BALDWIN (SBN 153907)
    CRESSWELL, ECHEGUREN
 7  RODGERS & NOBLE (2158-104)
    180 Grand Avenue, Suite 440
 8  Oakland, CA 94612
    Telephone:   (510)444-1735
 9  Facsimile:   (510)444-6923

10  Attorneys for
    DAVID G. CHALKER (previously substituted by Arizona
11  District Court for SUSAN R. CHALKER, deceased),
    LEONARD I. KARP, AND ANNETTE EVERLOVE
12
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN D. CATZ, JASON A. CATZ ROBERT S. CATZ,<br><br>        Plaintiffs,<br><br>        vs.<br><br>SUSAN R. CHALKER, LEONARD KARP and ANNETTE EVERLOVE, et al.,<br><br>        Defendants.<br>_____/<br>ROBERT S. CATZ,<br><br>        Counterclaimant,<br><br>        vs.<br><br>SUSAN R. CHALKER, LEONARD KARP and ANNETTE EVERLOVE<br><br>        Counterdefendants.<br>_____/ | Case No.:    CV 08-80022 MISC VRW<br><br>**DEFENDANTS' AMENDED ANSWER TO "COUNTERCLAIM" OF ROBERT S. CATZ** |

///

---
1

DEFENDANTS' AMENDED ANSWER TO "COUNTERCLAIM" OF ROBERT S. CATZ

COME NOW defendants and counterdefendants David G. Chalker,[1] Leonard Karp and Annette Everlove (hereinafter "Defendants") and hereby answer the "Counterclaim" by Robert S. Catz (hereinafter "Plaintiff") and admit, deny and allege as follows:

The Counterclaim, consisting of a single paragraph "4," is denied as to each allegation therein.

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim does not state a valid claim for relief against these Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from asserting any the counterclaim because the controversy in question arose due to a mistake in fact.

### THIRD AFFIRMATIVE DEFENSE

Defendants' actions were privileged under one or more common law and/or statutory privileges including California Code of Civil Procedure section 47.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' actions relating to the matters alleged in the Counterclaim were justified under the circumstances.

### FIFTH AFFIRMATIVE DEFENSE

Defendants were privileged in submitting a true and correct copy of the original judgment in the action 4:03-CV-00091-FRZ-JCG United States District Court for the District of Arizona for registration in another district.

---

[1] This amendment is submitted to correct the Answer to the "Counterclaim" with respect to the reference to "Susan R. Chalker," whose name continues in the caption as a "Defendant."

Robert S. Catz has "counterlaimed" to the Certification of Judgment against him in Case No. CV 03-91-TUC-FRZ, United States District Court for the District of Arizona, in favor of the "Chalker defendants."

Ms. Chalker is deceased. After her death in 2005, Judge Frank R. Zapata of the United States District Court for the District of Arizona issued an Order dated August 29, 2006, for her executor, David G. Chalker, to be substituted in the federal action in Arizona. Accordingly, the references to "Susan R. Chalker" in the Answer to the "Counterclaim" to the Certification of Judgment are amended to read "David G. Chalker."

**SIXTH AFFIRMATIVE DEFENSE**

The Counterclaim fails to state facts upon which to support a claim for exemplary, punitive damages and/or sanctions.

WHEREFORE, these answering Defendants pray as follows:

1. That Plaintiff take nothing by his Counterclaim and that these answering Defendants be dismissed hence;

2. For costs of suit;

3. For such other relief as the court deems proper.

Dated:       June 30, 2008            CRESSWELL, ECHEGUREN,
                                                          RODGERS & NOBLE


                                           By: _____
                                                  RONALD D. ECHEGUREN
                                                  Attorney for Defendants
                                                  DAVID G. CHALKER (previously substituted by Arizona District Court for SUSAN R. CHALKER, deceased), LEONARD I. KARP AND ANNETTE EVERLOVE

DEFENDANTS' AMENDED ANSWER TO "COUNTERCLAIM" OF ROBERT S. CATZ