IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D CATZ, JASON A CATZ and ROBERT S CATZ,<br><br>    Plaintiffs,<br><br>        v<br><br>SUSAN R CHALKER, LEONARD KARP and ANNETTE EVERLOVE et al,<br><br>    Defendants.<br>_____/ | No   C 08-80022 MISC VRW<br><br>ORDER |

On May 29, 2008, Jason Catz submitted an ex parte application for a temporary restraining order prohibiting defendants from garnishing his wages.  The basis for his application is that the underlying judgment against him by the district court in Arizona is on appeal. But there is a question whether Catz's appeal was filed timely, an issue the court of appeals has not decided.  The court of appeals has not ruled on Catz's motion under FRAP 10(e)(2)(C) to amend the district court's docket to reflect a timely notice of appeal.  The pendency of the appeal raises a question whether this court has jurisdiction over this matter.

In light of these questions, Jason Catz's motion for a temporary restraining order (Doc #5) is DENIED. The parties shall appear for a case management conference on July 10, 2008, at 3:30pm or at such other time as the parties may jointly arrange with the court's deputy, Ms Cora Delfin-Klein, who may be reached at (415) 522-2039.

IT IS SO ORDERED.

_(signature)_

VAUGHN R WALKER
United States District Chief Judge