UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CATZ et al,

           Plaintiff,

  v.

SUSAN R. CHALKER et al,

           Defendant.

—————————————————————/

Case Number: C08-80022 (MISC)  VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elsa S. Baldwin
Cresswell Echeguren Rodgers & Noble
180 Grand Avenue, Ste 440
Oakland, CA 94612-3741

Jason A. Catz
801 Calmar Avenue
Oakland, CA 94610

Robert S. Catz
1600 - 28th Street, N.W.
Washington, DC 20007

Shawn D. Catz
71 White Bridge Road Unit #103-151
Nashville, TN 37205-1444

Vicky Wingkee Chan -enotified
Law Offices of William J. Diffenderfer
One Market, Spear Tower, Ste 2150
San Francisco, CA 94105

Dated: July 2, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*