

1   VICKI CHAN (SBN 226923)
     LAW OFFICE OF WILLIAM J. DIFFENDERFER
2   One Market, Spear Tower, Suite 2150
     San Francisco, CA 94105
3   Telephone:   (415)348-4150
     Facsimile:    (800)914-3772
4
     Associated Counsel:
5
     RONALD D. ECHEGUREN (SBN 76307)
6   ELSA S. BALDWIN (SBN 153907)
     CRESSWELL, ECHEGUREN
7   RODGERS & NOBLE (2158-104)
     180 Grand Avenue, Suite 440
8   Oakland, CA 94612
     Telephone:   (510)444-1735
9   Facsimile:    (510)444-6923

10   Attorneys for Defendants
     SUSAN R. CHALKER, LEONARD I. KARP
11   AND ANNETTE EVERLOVE

12                  IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15   SHAWN D. CATZ, JASON A. CATZ      Case No.:    CV 08-80022 MISC VRW
     ROBERT S. CATZ,
16
          Plaintiffs,
17
          vs.                   **[Proposed] ORDER GRANTING**
18                                **MOTION TO DISMISS**
     SUSAN R. CHALKER, LEONARD      **"COUNTERCLAIMS" FOR "ABUSE**
19   KARP and ANNETTE EVERLOVE, et   **OF PROCESS"**
     al.,
20
          Defendants.               [Fed. Rule Civ. Proc. Rule 12(c)]
21   _____/

22   AND "COUNTERCLAIMS"
     _____/
23

24        This motion by "counterdefendants" to dismiss the "counterclaims" of Shawn D. Catz

25   and Robert S. Catz pursuant to Federal Rule 12(c) came on regularly for hearing before this

26   Court on October 9, 2008.  Having considered the arguments for and against the motion, and

27   the record on file herein, the Court finds that the "counterclaims" for "abuse of process" lack

28   any procedural or substantive merit, and should be dismissed on the pleadings.

                                     1
  ORDER GRANTING MOTION TO DISMISS "COUNTERCLAIMS" FOR "ABUSE OF PROCESS"

WHEREFORE, IT IS ORDERED THAT:

The motion to dismiss the "counterclaims" for "abuse of process" is granted.

1.    The "counterclaim" of Shawn D. Catz is hereby dismissed as to all "counter-defendants."

2.    The "counterclaim" of Robert S. Catz is hereby dismissed as to all "counter-defendants."

Dated:      _____                    _____
                                              VAUGHN R. WALKER
                                              UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO DISMISS "COUNTERCLAIMS" FOR "ABUSE OF PROCESS"