UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  July 10, 2008

**C 08-80022 (MISC)  VRW     JASON D CATZ et al  v  SUSAN CHALKER, et al**

Attorneys : For Plaintiff(s):  Jason D Catz

       For Defendant(s):   Ronald Echeguren

Deputy Clerk: Cora Klein                         Reporter: not reported

PROCEEDINGS:                                      RULING:
1. 
2. 
3. 

Case Management Conference - Held

Further Case Management Conference : 8/7/2008 at 3:30 p.m.

 MOTIONS HEARING: 10/9/2008 at 2:30 p.m.