1  JASON A. CATZ
   jasoncatz@yahoo.com
2  801 Calmar Avenue
   Oakland, CA 94610
3  Telephone: (415) 336-0638

4  Plaintiff in Pro Per

5

   Ronald D. Echeguren (76307)
6  CRESSWELL, ECHEGUREN, ROGERS & NOBLE
   180 Grand Avenue, Suite 440
7  Oakland, CA 96612
   Telephone: (510) 444-1735
8  Fax: (510) 444-6923

9  Attorneys for Defendants SUSAN R. CHALKER,
   DAVID G. CHALKER, LEONARD I. KARP,
10 AND ANNETTE EVERLOVE

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

| | |
|---|---|
| Shawn D. Catz, Jason A. Catz, Robert S. Catz, | No. CV-08-80022 MISC (VRW) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER STAYING GARNISHMENT AND MOTION PRACTICE PENDING FURTHER DETERMINATION FROM THE COURT OF APPEALS |
| vs. | |
| Susan R. Chalker, Leonard Karp, Annette Everlove et al., | |
| Defendants. | |

1    WHEREAS, the parties wish to avoid unnecessary effort, expense, and burden to the Court relating to ongoing disputes over the garnishment of Jason Catz's wages, plaintiff in pro per Jason Catz and defendants Susan R. Chalker, David G. Chalker, Leonard Karp, and Annette Everlove (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree that no further litigation activities will take place among these parties with respect to the garnishment of Jason Catz's wages pending the clarification of Jason Catz's status as an appellant in Ninth Circuit Court of Appeals in Case No. 08-16468. In furtherance of that stipulation, the parties agree to the following:

1.  The garnishment of Jason Catz's wages shall cease as of the date of execution of this agreement by both parties. At that time, Jason Catz's employer, Pillsbury Winthrop Shaw Pittman LLP, shall have no further obligation to garnish his wages so long as this stipulation and order remains in effect.

2.  Subject to the conditions of Paragraph 4 below, Defendants shall keep all monies received by them from the City and County of San Francisco as a result of the garnishment of Jason Catz's wages between May 31, 2008 and the execution of this agreement.

3.  In the event that the Ninth Circuit Court of Appeals denies the pending motion to dismiss Jason Catz's appeal in Case No. 08-16468, the garnishment of his wages shall be stayed until the outcome of his available appeals are both final and in favor of the Defendants.

4.  In the event that the Ninth Circuit Court of Appeals denies the pending motion to dismiss Jason Catz's appeal in Case No. 08-16468, Defendants shall return all monies referenced in Paragraph 2 to Jason Catz within 30 days of such determination by the Ninth Circuit Court of Appeals.

5.  In the event that the Ninth Circuit Court of Appeals grants the pending motion to dismiss Jason Catz's appeal in Case No. 08-16468, the garnishment of his wages shall resume at its current rate within 30 days of such determination by the Ninth Circuit Court of Appeals.

6. Jason Catz does not, by this agreement, waive any rights that he may have to file further motions with the Ninth Circuit Court of Appeals clarifying his status as a party to the appeal of the fee award.

7. Either Jason Catz or the Defendants may terminate the tolling agreement by giving the other party thirty (30) days notice. All notices hereunder shall be in writing and sent via electronic mail and via U.S. mail delivery marked for the earliest possible delivery time. Notice shall be deemed given as of the date of receipt of the electronic mail notice. Notices to Defendants shall be sent to Ronald Echeguren at Cresswell, Echeguren, Rogers & Noble, 180 Grand Avenue, Suite 440, Oakland, CA 94612 and recheguren@cernlaw.com. Notices to Jason Catz shall be sent to 801 Calmar Avenue, Oakland, CA 94610 and jasoncatz@yahoo.com.

8. Jason Catz shall lodge a copy of this stipulation with the Sheriff's Department after it is entered by the Court.

9. This agreement may be executed in separate counterparts by Jason Catz and counsel for the Defendants.

10. It is hereby STIPULATED.

Dated: July 30, 2008.

Jason A. Catz
801 Calmar Avenue
Oakland, CA 94610

_____
Party in Pro Per

```
 1                                    Ronald D. Echeguren
                                      CRESSWELL, ECHEGUREN, ROGERS & NOBLE
 2                                    180 Grand Avenue, Suite 440
                                      Oakland, CA 94612
 3

 4   Dated:      July 30 2008.

 5                                            /s/ Ronald Echeguren
                                      _____
 6                                            Ronald Echeguren

 7                                    Attorneys for Defendants
                                      Susan R. Chalker, David G. Chalker, Leonard
                                      Karp, and Annette Everlove
 8
     Good cause appearing, it is SO ORDERED.
 9

10   Dated:      August __, 2008

11

12                                    _____
                                      Hon. Vaughn Walker
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

1  
2  Ronald D. Echeguren  
   CRESSWELL, ECHEGUREN, ROGERS & NOBLE  
   180 Grand Avenue, Suite 440  
   Oakland, CA 94612  
3  

4  Dated:     July __, 2008.

5  
   _____  
6  Ronald Echeguren

7  Attorneys for Defendants  
   Susan R. Chalker, David G. Chalker, Leonard  
   Karp, and Annette Everlove  
8  

Good cause appearing, it is <u>SO ORDERED</u>.

9  

10 Dated:     August __, 2008

11  

12 _____  
   Hon. Vaughn Walker  
   UNITED STATES DISTRICT JUDGE  
13  

14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28