1  JASON A. CATZ
   jasoncatz@yahoo.com
2  801 Calmar Avenue
   Oakland, CA 94610
3  Telephone: (415) 336-0638

4  Plaintiff in Pro Per

5

   Ronald D. Echeguren (76307)
6  CRESSWELL, ECHEGUREN, ROGERS & NOBLE
   180 Grand Avenue, Suite 440
7  Oakland, CA 96612
   Telephone: (510) 444-1735
8  Fax: (510) 444-6923

9  Attorneys for Defendants SUSAN R. CHALKER,
   DAVID G. CHALKER, LEONARD I. KARP,
10 AND ANNETTE EVERLOVE

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14  _____
                                            )
15  Shawn D. Catz, Jason A. Catz, Robert S. Catz,)   No. CV-08-80022 MISC (VRW)
                                            )
16                    Plaintiff,            )   PROOF OF SERVICE VIA U.S. MAIL
                                            )
17       vs.                                )
                                            )
18  Susan R. Chalker, Leonard Karp, Annette  )
    Everlove et al.,                        )
19                                          )
                      Defendants.           )
20                                          )
    _____)
21

22       I, David A. Kramlick, the undersigned, hereby declare as follows:

23       1.   I am over the age of 18 years and am not a party to the within cause. I am

24  employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

25  California.

26       2.   My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

27  My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

28

1    3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for
2 collection and processing of correspondence for mailing with the United States Postal
3 Service; in the ordinary course of business, correspondence placed in interoffice mail is
4 deposited with the United States Postal Service with first class postage thereon fully
5 prepaid on the same day it is placed for collection and mailing.

6    4.    On August 4, 2008, at 50 Fremont Street, San Francisco, California, I served
7 a true copy of the attached document(s) titled exactly STIPULATION AND [PROPOSED]
8 ORDER STAYING GARNISHMENT AND MOTION PRACTICE PENDING FURTHER
9 DETERMINATION FROM THE COURT OF APPEALS by placing it in an addressed,
10 sealed envelope clearly labeled to identify the person being served at the address shown
11 below and placed in interoffice mail for collection and deposit in the United States Postal
12 Service on that date following ordinary business practices:

13
14    Elsa S. Baldwin
     Cresswell Echeguren Rodgers & Noble
     180 Grand Ave, Ste 440
15   Oakland, CA 94612

16   Robert S. Catz
     1600 - 28th Street, N.W.
17   Washington, DC 20007

18   Shawn D. Catz
     71 White Bridge Road Unit #103-151
19   Nashville, TN 37205-1444

20    I declare under penalty of perjury that the foregoing is true and correct. Executed
21 this 4th day of August, 2008, at San Francisco, California.

22
23
24                                           David A. Kramlick
25
26
27
28