1   JASON A. CATZ
     jasoncatz@yahoo.com
2   801 Calmar Avenue
     Oakland, CA 94610
3   Telephone: (415) 336-0638

4   Plaintiff in Pro Per

5

     Ronald D. Echeguren (76307)
6   CRESSWELL, ECHEGUREN, ROGERS & NOBLE
     180 Grand Avenue, Suite 440
7   Oakland, CA 96612
     Telephone: (510) 444-1735
8   Fax: (510) 444-6923

9   Attorneys for Defendants SUSAN R. CHALKER,
     DAVID G. CHALKER, LEONARD I. KARP,
10  AND ANNETTE EVERLOVE

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14  _____
                                      )
15  Shawn D.Catz, Jason A. Catz, Robert S. Catz, )    No. CV-08-80022 MISC (VRW)
                                      )
16                   Plaintiff,       )    STIPULATION AND [PROPOSED]
                                      )    ORDER STAYING GARNISHMENT
17       vs.                          )    AND MOTION PRACTICE PENDING
                                      )    FURTHER DETERMINATION FROM
18  Susan R. Chalker, Leonard Karp, Annette )    THE COURT OF APPEALS
     Everlove et al.,                 )
19                                    )
                                      )
                     Defendants.      )
20                                    )
21  _____)

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER STAYING
                              GARNISHMENT AND MOTION PRACTICE
                              Case No. CV-08-80022 MISC (VRW)

1    WHEREAS, the parties wish to avoid unnecessary effort, expense, and burden to

2    the Court relating to ongoing disputes over the garnishment of Jason Catz's wages, plaintiff

3    in pro per Jason Catz and defendants Susan R. Chalker, David G. Chalker, Leonard Karp,

4    and Annette Everlove (collectively, "Defendants"), by and through their counsel of record,

5    hereby stipulate and agree that no further litigation activities will take place among these

6    parties with respect to the garnishment of Jason Catz's wages pending the clarification of

7    Jason Catz's status as an appellant in Ninth Circuit Court of Appeals in Case No. 08-16468.

8    In furtherance of that stipulation, the parties agree to the following:

9    1.    The garnishment of Jason Catz's wages shall cease as of the date of

10   execution of this agreement by both parties.  At that time, Jason Catz's employer, Pillsbury

11   Winthrop Shaw Pittman LLP, shall have no further obligation to garnish his wages so long

12   as this stipulation and order remains in effect.

13   2.    Subject to the conditions of Paragraph 4 below, Defendants shall keep all

14   monies received by them from the City and County of San Francisco as a result of the

15   garnishment of Jason Catz's wages between May 31, 2008 and the execution of this

16   agreement.

17   3.    In the event that the Ninth Circuit Court of Appeals denies the pending

18   motion to dismiss Jason Catz's appeal in Case No. 08-16468, the garnishment of his wages

19   shall be stayed until the outcome of his available appeals are both final and in favor of the

20   Defendants.

21   4.    In the event that the Ninth Circuit Court of Appeals denies the pending

22   motion to dismiss Jason Catz's appeal in Case No. 08-16468, Defendants shall return all

23   monies referenced in Paragraph 2 to Jason Catz within 30 days of such determination by the

24   Ninth Circuit Court of Appeals.

25   5.    In the event that the Ninth Circuit Court of Appeals grants the pending

26   motion to dismiss Jason Catz's appeal in Case No. 08-16468, the garnishment of his wages

27   shall resume at its current rate within 30 days of such determination by the Ninth Circuit

28   Court of Appeals.

6.    Jason Catz does not, by this agreement, waive any rights that he may have to file further motions with the Ninth Circuit Court of Appeals clarifying his status as a party to the appeal of the fee award.

7.    Either Jason Catz or the Defendants may terminate the tolling agreement by giving the other party thirty (30) days notice. All notices hereunder shall be in writing and sent via electronic mail and via U.S. mail delivery marked for the earliest possible delivery time. Notice shall be deemed given as of the date of receipt of the electronic mail notice. Notices to Defendants shall be sent to Ronald Echeguren at Cresswell, Echeguren, Rogers & Noble, 180 Grand Avenue, Suite 440, Oakland, CA 94612 and recheguren@cernlaw.com. Notices to Jason Catz shall be sent to 801 Calmar Avenue, Oakland, CA 94610 and jasoncatz@yahoo.com.

8.    Jason Catz shall lodge a copy of this stipulation with the Sheriff's Department after it is entered by the Court.

9.    This agreement may be executed in separate counterparts by Jason Catz and counsel for the Defendants.

10.    It is hereby STIPULATED.

Dated:    July 30, 2008.

Jason A. Catz
801 Calmar Avenue
Oakland, CA 94610

_____
Party in Pro Per

STIP. AND [PROPOSED] ORDER STAYING
GARNISHMENT AND MOTION PRACTICE
Case No. CV-08-80022 MISC (VRW)

1
2
3

Ronald D. Echeguren
CRESSWELL, ECHEGUREN, ROGERS & NOBLE
180 Grand Avenue, Suite 440
Oakland, CA 94612

4   Dated:      July 30 2008.

5

6                                               Ronald Echeguren

7   Attorneys for Defendants
Susan R. Chalker, David G. Chalker, Leonard
Karp, and Annette Everlove

8
9   Good cause appearing, it is SO ORDERED.

10  Dated:      August 4, 2008

11
12                          GRANTED

13                                              JUDGE

14                          Judge Vaughn R Walker

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. AND [PROPOSED] ORDER STAYING
GARNISHMENT AND MOTION PRACTICE
Case No. CV-08-80022 MISC (VRW)

Ronald D. Echeguren
CRESSWELL, ECHEGUREN, ROGERS & NOBLE
180 Grand Avenue, Suite 440
Oakland, CA 94612

Dated:      July __, 2008.

_____
      Ronald Echeguren

Attorneys for Defendants
Susan R. Chalker, David G. Chalker, Leonard
Karp, and Annette Everlove

Good cause appearing, it is <u>SO ORDERED</u>.

Dated:      August __, 2008

_____
      Hon. Vaughn Walker
      UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER STAYING
GARNISHMENT AND MOTION PRACTICE
Case No. CV-08-80022 MISC (VRW)