Jason A. Catz
801 Calmar Avenue
Oakland, CA 94610

August 4, 2008

**FILED**

AUG -5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. Vaughn R. Walker
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   *Jason Catz, et al. v. Susan Chalker*, et al –
      Case No. CV-08-8022 MISC (VRW)

Dear Walker:

As the parties discussed at the July 10, 2008 status conference in this case, Jason A. Catz and Defendants have entered into a stipulation and proposed order staying the garnishment of Jason Catz's wages pending further guidance from the Court of Appeals in the underlying Arizona case.

The Stipulation and Proposed Order was submitted by efiling in this case today, August 4, 2008. In light of this agreement, Jason Catz hereby withdraws his motion for reconsideration set for October 9, 2008 with the understanding that he can re-file the motion in the future, if necessary.

Finally, Jason Catz and the Defendants recommend that the status conference currently set for August 7, 2008 now be set for October 9, 2008—the date of the hearing on Defendants' Motion to Dismiss the Cross-Claims of Robert Catz and Shawn Catz.

If the parties do not receive a notification that the status conference has been rescheduled for October 9 and that the motion for reconsideration was removed from the calendar, at a minimum, Jason Catz will appear at the status conference to address any questions or concerns on the part of the Court.

Thank you for your time and consideration of these issues.

Very truly yours,

Jason A. Catz

cc:   Ronald D. Echeguren