1  SHAWN D. CATZ
   ROBERT S. CATZ
2  71 White Bridge Road Unit #103-151
   Nashville, Tennessee 37205-1444
3  (615) 423-7190

4  Pro Se Plaintiffs

**FILED**

DEC 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SHAWN D. CATZ, JASON A. CATZ )
ROBERT S. CATZ, )
    Plaintiffs, )
)
)
SUSAN R. CHALKER, )
    Defendant, )
and )
)
FIDELITY INVESTMENT TRUST, )
WATERHOUSE SECURITIES, INC., )
TIAA-CREF, INC., )
    Stakeholder-Defendants. )
_____)
)
SHAWN D. CATZ, JASON A. CATZ )
ROBERT S. CATZ, )
    Plaintiffs, )
vs. )
)
LEONARD I. KARP, )
ANNETTE EVERLOVE, )
    Defendants. )
_____)

No. CV-08-80022-MISC-VRW

Chief Judge Vaughn R Walker

**JURY DEMAND**

**NOTICE OF VOLUNTARY DISMISSAL**

    Comes now the Pro Se Plaintiffs and hereby gives notice of the voluntary dismissal of their counterclaim for abuse of process arising under Ohio Hoist Mfg. Co. v Rocchi, 490 F. 2d 105(6th Cir. 1974) without prejudice under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

[signature]
SHAWN D. CATZ

[signature]
ROBERT S. CATZ

PRO SE PLAINTIFFS

COPY sent by first class U.S. Mail on this ___day of December, 2008 to:

Richard Echeguren
Attorney at Law
180 Grand Avenue Suite # 440
181Oakland, Calif. 96612

Attorney for Defendants Chalker, Karp and Everlove

SHAWN D. CATZ

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 12/19/2008