RONALD D. ECHEGUREN (SBN 76307)
ELSA S. BALDWIN (SBN 153907)
CRESSWELL, ECHEGUREN
RODGERS & NOBLE (2158-104)
180 Grand Avenue, Suite 440
Oakland, CA 94612
Telephone: (510)444-1735
Facsimile: (510)444-6923

Attorneys for Defendants
LEONARD I. KARP AND
ANNETTE EVERLOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN D. CATZ, JASON A. CATZ ROBERT S. CATZ, <br><br>　　　Plaintiffs, <br><br>　　vs. <br><br>SUSAN R. CHALKER, LEONARD KARP and ANNETTE EVERLOVE, et al., <br><br>　　　Defendants. <br>_____/ <br>AND "COUNTERCLAIMS" <br>_____/ | Case No.:　CV 08-80022 MISC VRW <br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF "COUNTERCLAIMS" FOR "ABUSE OF PROCESS" <br><br>[Fed. Rule Civ. Proc. Rule 12(c)] |

　　Shawn D. Catz and Robert S. Catz served a Notice of Voluntary Dismissal of their counterclaims;

　　WHEREFORE, IT IS ORDERED THAT:

1. The "counterclaim" of Shawn D. Catz is hereby dismissed as to all "counter-defendants."

2. The "counterclaim" of Robert S. Catz is hereby dismissed as to all "counter-defendants."

Dated:　___1/30/2009___　　　　　_____
　　　　　　　　　　　　　　　　　VAUGHN R. WALKER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Vaughn R Walker*

---
1
ORDER GRANTING DISMISSAL OF "COUNTERCLAIMS" FOR "ABUSE OF PROCESS"

*United States District Court, Northern District of California, San Francisco Division*
*Catz v. Chalker, Case No.; CV 08-80022 MISC VRW*
*Our File No.: 2158-104*

## PROOF OF SERVICE

I, V. Guthrie, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the within action. My business address is 180 Grand Avenue, Suite 440, Oakland, California 94612. Upon this day, the following:

**1.    [PROPOSED] ORDER GRANTING DISMISSAL OF "COUNTERCLAIMS" FOR "ABUSE OF PROCESS"**

was served on all interested parties through their attorneys of record, by placing a true and correct copy thereof, addressed as shown and as designated below:

| | |
|---|---|
| Shawn D. Catz | Jason Catz |
| 71 White Bridge Road Unit #103-151 | Pillsbury Winthrop Shaw Pittman |
| Nashville, TN 37205-1444 | 50 Fremont Street |
| Telephone:     (615) 423-7190 | San Francisco, CA 94105 |
| **Plaintiff Pro Se** | Telephone:     (415) 983-1512 |
| | **Plaintiff Pro Se** |
| Robert S. Catz | |
| 1600 - 28th Street, N.W. | |
| Washington, DC 20007 | |
| (20) 277-6585 | |
| **Plaintiff Pro Se** | |

**X VIA FIRST CLASS MAIL.** I caused such envelope to be deposited in the mail at Oakland, California, in a sealed envelope with postage fully prepaid thereon. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. The mail is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

**X VIA E-FILE.** I caused such documents to be filed through the United States District Court E-File Program.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 23, 2009, at Oakland, California.

_____
V. GUTHRIE

1