JASON A. CATZ, #224205
jasoncatz@yahoo.com
801 Calmar Avenue
Oakland, CA 94610
Telephone: (415) 336-0648

Plaintiff in Pro Per

Ronald D. Echeguren, #76307
CRESSWELL ECHEGUREN RODGERS & NOBLE
180 Grand Avenue, Suite 440
Oakland, CA 94612-3741
Telephone: (510) 444-6923

Attorney for Defendants
CHALKER, KARP AND EVERLOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN D. CATZ, JASON A. CATZ, ROBERT S. CATZ, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN R. CHALKER, LEONARD KARP, ANNETTE EVERLOVE et al., <br><br> Defendants. | No. CV 08-80022 MISC (VRW) <br><br> STIPULATION AND ~~[PROPOSED]~~ ORDER VACATING WRIT OF EXECUTION AND DISMISSING ACTION WITHOUT PREJUDICE <br><br> Judge:   Vaughn Walker |

   WHEREAS, on October 26, 2007, the United States District Court for the District of Arizona ("Arizona District Court") issued an order in Case No. 4:03-CV-00091-FRZ-JCG (D. Ariz.) awarding Susan R. Chalker, Leonard Karp and Annette Everlove ("Defendants") $66,126 in attorneys fees (the "Arizona Fee Award") jointly and severally against Robert Catz, Shawn Catz, and Jason Catz ("Plaintiffs");

1       WHEREAS, on February 21, 2008, Defendants applied to this Court for the
2 purpose of registering a judgment from the Arizona District Court that would allow
3 them to garnish the wages of Jason Catz to collect the Arizona Fee Award (the
4 "Action");

5       WHEREAS, on or about May 13, 2009, the Ninth Circuit Court of Appeals
6 issued an order in Catz v. Chalker, Case No. 08-16468 (May 13, 2009) (9th Cir.) (the
7 "Ninth Circuit Order," a true and correct copy of which is attached to this stipulation
8 and proposed order as Exhibit A), wherein the Ninth Circuit: 1) vacated the Arizona Fee
9 Award; 2) held that Susan Chalker was not a prevailing party in the Arizona litigation
10 for any award of attorneys fees in the Arizona litigation (Exh. A, p. 4), and 3) remanded
11 the case to the Arizona District Court for consideration of the amount of fees
12 attributable solely to Defendants Karp and Everlove (Exh. A, p. 6);

13       WHEREAS, on or about July 6, 2009, this Court issued a writ of execution
14 against Jason Catz in the amount of $66,126 ("July 6, 2009 Order");

15       WHEREAS, pursuant to the Ninth Circuit Order of May 13, 2009, the parties
16 intend to litigate the amount of attorneys fees attributable to the representation of
17 Defendants Karp and Everlove while on remand before the Arizona District Court;

18       NOW THEREFORE, Defendants, by and through their counsel, and Plaintiff
19 Jason Catz, hereby stipulate and agree that:

20       1.    To avoid further motion practice before this Court, the parties agree that
21 the July 6, 2009 Order should be vacated and that this matter should be dismissed
22 without prejudice until such time that the Arizona District Court issues a new fee award
23 consistent with the Ninth Circuit's Order.

24       2.    Plaintiff Jason Catz does not waive any rights to oppose Defendants' fee
25 application on remand in the Arizona District Court or to appeal any award of attorneys
26 fees by that Court.

27
28

1      3.      Defendants do not waive any rights they have to appeal any fee award by the Arizona District Court or waive the right to register a judgment for new fee award issued by the Arizona District Court at a later date.

Dated:      August 11, 2009          JASON A. CATZ
                                     801 Calmar Ave.
                                     Oakland, CA 94610


                                By:  /s/ Jason A. Catz_____
                                     JASON A. CATZ
                                     Plaintiff in Pro per


Dated:      August 11, 2009          CRESSWELL ECHEGUREN
                                        RODGERS & NOBLE


                                By:  /s/ Ronald D. Echeguren_____
                                     RONALD D. ECHEGUREN
                                     Attorneys for Defendants
                                     SUSAN CHALKER, LEONARD KARP,
                                     AND ANNETTE EVERLOVE


# [~~PROPOSED~~] ORDER

The Court having considered the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1.      This Court's July 6, 2009 Order Granting Writ of Execution shall be, and it hereby is, vacated; and

2. The Action herein shall be, and it hereby is, dismissed without prejudice.

Dated: 8/17/2009

_____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Stamp: IT IS SO ORDERED, Judge Vaughn R Walker]

- 3 -   STIPULATION AND [PROPOSED] ORDER VACATING
WRIT OF EXECUTION AND DISMISSING ACTION
WITHOUT PREJUDICE
Case No. CV-08-80022MISC (VRW)